**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re | |
| Swain Landing LaPlata JC LLC<br>Debtor. | [Case No. 25-00184-ELG]<br>(Chapter 11) |
| Catherine Swain<br><br>Percy Swain<br><br>Appellant(s) | [Adversary Proceeding No.<br>25-10013-ELG<br>in the Bankruptcy Court] |
| v. | Case: 1:26–cv–03875<br>Assigned To : Howell, Beryl A.<br>Assign. Date : 11/3/2026<br>Description: Gen. Civil (E–DECK) |
| Swain Landing LaPlata JC, LLC<br><br>Appellees | Civil Action No. __________ |

**<u>TRANSMITTAL OF NOTICE OF APPEAL</u>**

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Notice of Appeal (Dk. No. 37) in the above-captioned adversary proceeding.

**Other comments:**

| |
|---|
| The Appellant is appealing docket entry number 37 in the Adversary Proceeding Case No. 25-10013. Appeal filing fee paid. |

RECEIVED
NOV 3 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

The parties to the order appealed and their respective attorneys are as follows:

| **Appellant** | **Attorney** |
|---|---|
| **Catherine Swain**<br>11505 Myer Road<br>Bowie, MD 20721<br><br>**Percy Swain**<br>11505 Myer Road<br>Bowie, MD 20721 | **Craig Palik**<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770<br>301-441-2420<br>Fax : 301-982-9450<br>Email: cpalik@mhlawyers.com |
| **Appellee(s)** | **Attorney** |
| **Swain Landing LaPlata JC LLC**<br>1801 16th Street, NW#606<br>Washington, DC 20009 | **Maurice Belmont VerStandig**<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>301-444-4600<br>Email: mac@mbvesq.com |

Dated: 11/03/2026

Angela D. Caesar,
Clerk of the Court

By: /s/ Megan Bleskoski
Deputy Clerk

Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | **Case No. 25-184 ELG** |
| | * | |
| **Debtor.** | * | **(Chapter 11)** |
| | * | |
| ******************************************* | | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Adversary No. 25-10013 ELG** |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**NOTICE OF APPEAL**

Catherine Swain and Percy Swain ("Defendants" or "Appellants"), appeal to the United States District Court for District of Columbia from the Order of the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") entered on October 19, 2026, in Adversary Proceeding 25-10013 ELG at Docket Entry No. 37, granting summary judgment (the "Order") in favor of Swain Landing LaPlata JC, LLC ("Plaintiff" or "Appellee").

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**Part 1: Identify the Appellant**

1. Name of Appellant: Catherine Swain and Percy Swain

2. Position of Appellant in in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendants

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Entering Summary Judgment entered at Dkt. No. 37. A copy of the Order is attached as **Exhibit A.**

2. State the date on which the judgment, order, or decree was entered: October 19, 2026

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Swain Landing LaPlata JC, LLC
   Attorney: Maurice B. VerStandig, Esq.
   Bar No. MD18071
   The Belmont Firm
   1050 Connecticut Avenue, NW
   Suite 500
   Washington, DC 20036
   Phone: (202) 991-1101
   mac@dcbankruptcy.com

2. Party: Catherine Swain and Percy Swain
   Attorney: Craig M. Palik, Esq.
   McNamee, Hosea, P.A.
   6404 Ivy Lane, Suite 820
   Greenbelt, MD 20770
   Phone: 301-441-2420
   cpalik@mhlawyers.com

Case 25-10013-ELG Doc 39 Filed 11/02/26 Page 3 of 9

Dated: November 2, 2026

Respectfully submitted,

/s/ *Craig M. Palik*

Craig M. Palik, Esquire (Fed. Bar No. 15254)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
cpalik@mhlawyers.com

*Counsel for Catherine and Percy Swain, Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including:

Maurice B. VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com

/s/ *Craig M. Palik*
*Counsel for Catherine and Percy Swain, Appellants*

EXHIBIT A

The order below is hereby signed.

Signed: October 19 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | ) | Case No. 25-184-ELG<br>(Chapter 11) |
| Swain Landing LaPlata JC, LLC<br><br>Plaintiff,<br><br>v.<br><br>Catherine Swain and Percy Swain<br><br>Defendants. | ) | Adv. Case No. 25-10013-ELG |

**ORDER ENTERING SUMMARY JUDGMENT**

Upon consideration of the motion for summary judgment, ECF No. 18, filed by Catherine Swain and Percy Swain (the "Swains" or "Defendants"), the opposition and cross-motion thereto, ECF No. 25, filed by Swain Landing LaPlata JC, LLC ("Swain Landing," the "Debtor" or the "Plaintiff"), the record herein, governing law, and the arguments of counsel, for the reasons stated on the record at a hearing on the aforesaid motion and cross-motion it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

EXHIBIT A

ORDERED, that summary judgment be, and hereby is, entered in favor of the Debtor, and against the Swains, on count I of the complaint, ECF No. 1, herein; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the final order entered in the matter of *Swain, et al. v. Swain Landing LaPlata JC, LLC*, Case No. C-08-CV-24-000655, in the Circuit Court for Charles County, Maryland (the "Final Order"), be, and hereby is, AVOIDED; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the transfer of the real property commonly known as 10524 LaPlata Road, LaPlata, Maryland 20646 (the "Property"), occasioned by the Final Order, be, and hereby is, AVOIDED; and it is further

ORDERED, that count II of the complaint in this case be, and hereby is, DISMISSED AS MOOT, on account of full relief being accorded the Debtor on count I of the same complaint.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

I certify that this order was circulated to counsel for the adverse party and no response was received. Should counsel wish to make any changes to ensure this order conform to the on-the-record ruling, the Debtor will *not* object to such provided it is timely requested.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

The order below is hereby signed.

Signed: October 19 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(Chapter 11) |
| Swain Landing LaPlata JC, LLC<br><br>Plaintiff,<br><br>v.<br><br>Catherine Swain and Percy Swain<br><br>Defendants. | Adv. Case No. 25-10013-ELG |

**<u>ORDER ENTERING SUMMARY JUDGMENT</u>**

Upon consideration of the motion for summary judgment, ECF No. 18, filed by Catherine Swain and Percy Swain (the "Swains" or "Defendants"), the opposition and cross-motion thereto, ECF No. 25, filed by Swain Landing LaPlata JC, LLC ("Swain Landing," the "Debtor" or the "Plaintiff"), the record herein, governing law, and the arguments of counsel, for the reasons stated on the record at a hearing on the aforesaid motion and cross-motion it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that summary judgment be, and hereby is, entered in favor of the Debtor, and against the Swains, on count I of the complaint, ECF No. 1, herein; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the final order entered in the matter of *Swain, et al. v. Swain Landing LaPlata JC, LLC*, Case No. C-08-CV-24-000655, in the Circuit Court for Charles County, Maryland (the "Final Order"), be, and hereby is, AVOIDED; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the transfer of the real property commonly known as 10524 LaPlata Road, LaPlata, Maryland 20646 (the "Property"), occasioned by the Final Order, be, and hereby is, AVOIDED; and it is further

ORDERED, that count II of the complaint in this case be, and hereby is, DISMISSED AS MOOT, on account of full relief being accorded the Debtor on count I of the same complaint.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

I certify that this order was circulated to counsel for the adverse party and no response was received. Should counsel wish to make any changes to ensure this order conform to the on-the-record ruling, the Debtor will *not* object to such provided it is timely requested.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.